IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-238-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| WENDELL THOMAS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 6, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the February 6, 2015 Preliminary Order of Forfeiture, to wit: $10,022.00 in U.S. Currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 6, 2015 and April 4, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's February 6, 2015 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the February 6, 2015 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshal Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 1 June 2015.

_____
W. Earl Britt
Senior U.S. District Judge